# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>LAWRENCE WILLIAM BANKS, JR | **Judgment in a Criminal Case**<br>(For Revocation of Probation or Supervised Release)<br><br>Case No. 7:16-CR-00035-WLS-TQL(1)<br>USM No. 99909-020<br><br>NICOLE WILLIAMS<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1-8    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Special Condition | 2/2022 |
| 2 | Violation of Mandatory Condition | 10/19/2021 |
| 3 | Violation of Mandatory Condition | 2/16/2022 |
| 4 - 5 | Violation of Mandatory Condition | 6/2/2022 |
| 6 - 8 | Violation of Mandatory Condition | 11/27/2022 |

The defendant is sentenced as provided in pages 2 through __2__. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   3846

Defendant's Year of Birth:   1987

City and State of Defendant's Residence:
Warner Robins, Georgia

October 2, 2024
Date of Imposition of Judgment

*/s/ W. Louis Sands*
Signature of Judge

W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

10/09/2024
Date

AO 245D    Judgment in a Criminal Case for Revocations
Rev. 12/19    Sheet 2— Imprisonment

DEFENDANT: LAWRENCE WILLIAM BANKS, JR
CASE NUMBER: 7:16-CR-00035-WLS-TQL(1)

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 55 months confinement. Case No. 7:16-CR-35 is ordred to run concurrent to Houstoun County Superior Court Case No. 23-C-0059703. Credit for time served in case 7:16-CR-35 is to begin on October 2, 2024. No credit prior to October 2, 2024, is to be awarded to case 7:16-CR-35
No term of supervised release to follow.

☒    The court makes the following recommendations to the Bureau of Prisons:
RDAP Program or any other program that would benefit the Defendant.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____ .

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL